IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GUILLERMO MEZA REYNA,<br><br>Petitioner,<br><br>v.<br><br>JASON KNIGHT, Field Office Director, Salt Lake City Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE/ERO); KELLY SPARKS, Davis County Sheriff; DAVID VENTURELLA, Acting Director of ICE; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General,<br><br>Respondents. | **ORDER GRANTING IN PART PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**<br><br>Case No. 2:26-cv-1047<br><br>Judge Tena Campbell |

Having reviewed the parties' arguments, and having heard from the parties in open court (see Min. Entry, Nov. 4, 2026, ECF No. 20), the court now ORDERS as follows:

1. For the reasons stated at the hearing on November 4, 2026, the petition for a writ of habeas corpus (ECF No. 1) is GRANTED IN PART.

2. Based on the parties' agreement at a prior hearing, the court ordered the Petitioner's release with location monitoring. (Order Granting Release, Oct. 27, 2026, ECF No. 15.) The court now makes that order final based on the facts, circumstances, and arguments before the court.

3. The Respondents shall not rearrest the Petitioner without a material change in circumstances, notice of those changed circumstances, and a hearing.

4. The Petitioner must continue to submit to location monitoring as directed by the Department of Homeland Security (the Department). Should the Department conclude that location monitoring is not necessary, it may remove that requirement without an order from this court. Alternatively, the Petitioner may petition the immigration court to modify that condition without first seeking an order from this court.

5. The Department may seek bond redetermination in the immigration court without first seeking leave from this court. A bond redetermination hearing to address changed circumstances would be beyond the scope of this habeas petition.

SO ORDERED this 4th day of November, 2026.

BY THE COURT:

Tena Campbell

Tena Campbell
United States District Judge